# EXHIBIT 7



# EXHIBIT 8



(Copy of Back)

# EXHIBIT 9

# Draft ASSOCIATIONAL RESTRICTION

While on Supervised Release, David Wood is prohibited from contacting or being in the company of the following individuals who the government alleges are associated with the Morse Street Gang:

1. Nathaniel Awan
2. Andre Barnett
3. Terahn Blue
4. William Boyd
5. Jaquan Braxton
6. Jonathan Braxton
7. Jamal Brodie
8. Martel Burgan
9. Kenneth Ford
10. Jimmy Stokes
11. Avery Combs
12. Marcel Dixon
13. Theophilus Eve
14. Frankie Fairweather
15. Ellis Golden
16. Desmond Harris
17. Dimitri Harris
18. Khayree Horton
19. Lamont Jacobs-Barrows
20. Brandon Johnson
21. Laurence Justice
22. Dwan Knight
23. Ronnie Langham
24. Rafael Mirambeaux
25. Alexander Mojica
26. Damien Oliver
27. Melvin Palmer
28. Percy Palmer
29. Kareem Parker
30. William Pritchett
31. Tyrone Rutledge
32. Ramses Smith
33. Markie Stokes
34. Justin Tompkins
35. Rashad Venter
36. Walter West
37. Calvin White
38. Andrick Wilkins
39. Broshawn Coakley
40. Keith Woods

41. Anthony Young
42. Chancellor Young
43. Csean Skerritt
44. Leon Spears
45. James Coakley-Priest
46. Louis Burgos
47. Matthew Davis
48. Curtis Mikell

# EXHIBIT 10

UNITED STATES V. DAVID WOOD
10-10127-MLW
GEOGRAPHIC RESTRICTION
INCORPORATED INTO JUDGMENT
OF CONVICTION

While on Supervised Release, the defendant is prohibited from entering those portions of Boston delineated below, which comprises BPD District B-3 (hereinafter "the Exclusion Zone").

After the first six months of Supervised Release, the defendant's Probation Officer may permit him to enter the Exclusion Zone during daylight hours solely for business or school purposes.

Nothing in this restriction shall prohibit the defendant from traveling on the Orange Line Subway, or on any of the streets that comprise the boundaries of the Exclusion Zone.

