AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT

## District of Massachusetts

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

DAVID A. WOOD

Case No.   **1: 10 CR 10127   - 001 - MLW**

USM No. 92279-038

Scott Lauer
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___I, III, IV, V___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| I | The defendant is to reside in a community confinement center for the first six months of his supervised release. The defendant shall comply with all rules and regulations of the community confinement center while in community confinement. | 07/27/2017 |
| III | The defendant shall work regularly at a lawful occupation unless excused by the probation officer for | 06/09/2017 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) ___II___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6560

Defendant's Year of Birth:   1989

City and State of Defendant's Residence:
Jamaica Plain, MA

05/07/2019
_____
Date of Imposition of Judgment

_____
Signature of Judge

The Honorable Mark L. Wolf
Judge, U.S. District Court
_____
Name and Title of Judge

May 7, 2019
_____
Date

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __4__

DEFENDANT: DAVID A. WOOD
CASE NUMBER: 1: 10 CR 10127 - 001 - MLW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| III (continued) | school, training, or other acceptable reasons. | |
| IV | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any | 01/26/2018 |
| | narcotic or other controlled substance, or paraphernalia related to such substances, except prescribed by a physician. | |
| V | The defendant shall abide by a curfew from 9:00pm to 7:00am for a period of one hundred and twenty days (120) days, during | 02/27/2018 |
| | which time he shall remain at his residence unless otherwise excused by the Probation Office. The defendant's curfew will | |
| | be enforced by electronic monitoring for which he will assume the daily expense. | |

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  3  of  4

DEFENDANT: DAVID A. WOOD
CASE NUMBER: 1: 10 CR 10127 - 001 - MLW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

time served.  Court imposes a sentence of time served with credit given to the defendant beginning on 3/26/2018. Supervised Release is revoked.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 3 — Supervised Release

Judgment—Page __4__ of ___4___

DEFENDANT: DAVID A. WOOD
CASE NUMBER: 1: 10 CR 10127 - 001 - MLW

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No supervised release shall follow.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.